UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2003 DEC 29 P 2: 04

U.S. DISTRICT COURT
DISTRICT OF MASS.

PRO CON, INCORPORATED,
            Plaintiff

v.

GENERAL ELECTRIC COMPANY,
            Defendant

CIVIL ACTION NO. 03-40284-NMG

**JOINT MOTION TO EXTEND THE TIME FOR
FILING AN ANSWER OR RESPONSIVE PLEADING**

The plaintiff, Pro Con, Incorporated, and the defendant, General Electric Company, respectfully move that the Court extend the time in which General Electric may file an answer or other pleading in response to Pro Con's Complaint to January 15, 2004. As grounds for their motion, the parties state that counsel for Pro Con has agreed to the requested extension, and the extension should not unduly delay the resolution of this matter.

WHEREFORE, the parties move that the Court extend the time in which General Electric may file an answer to January 15, 2004.

Respectfully submitted,

PRO CON, INCORPORATED
By its Attorneys,

_____
Michael L. Chinitz – BBO No. 552915
Michael J. Mott – BBO No. 643366
Rose & Associates
29 Commonwealth Avenue
Boston, MA 02116
(617) 536-0040

GENERAL ELECTRIC COMPANY
By its Attorneys,

_____
David A. Barry – BBO No. 031520
John G. O'Neill – BBO No. 630272
Sugarman, Rogers, Barshak & Cohen, P.C.
101 Merrimac Street
Boston, MA 02114-4737
(617) 227-3030

Dated: December 24, 2003

## CERTIFICATE OF SERVICE

I, John G. O'Neill, hereby certify that on the 24th day of December, 2003, I served the within joint motion to extend by mailing a copy thereof, postage prepaid to Michael L. Chinitz, Esquire, Rose & Associates, 29 Commonwealth Avenue, Boston, MA 02216.

_____
John G. O'Neill

341462.1