# United States District Court

FOR THE ___ DISTRICT OF ___MASSACHUSETTS___

FILED
'S OFFICE

PLAINTIFF

PRO CON, INCORPORATED

**THIRD PARTY SUMMONS IN A**
**CIVIL ACTION**

2004 FEB 11  P 2:30

V. DEFENDANT AND THIRD PARTY PLAINTIFF

U.S. DISTRICT COURT
DISTRICT OF MASS.

GENERAL ELECTRIC COMPANY

CASE NUMBER:   03-40284-NMG

V. THIRD PARTY DEFENDANT

BOOTZ, INC.

To: (Name and Address of Third Party Defendant)
    Bootz, Inc.
    1400 Park Street
    Evansville, IN 47719

### YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon

| PLAINTIFF'S ATTORNEY (name and address) | DEFENDANT AND THIRD-PARTY PLAINTIFF'S ATTORNEY (name and address) |
|---|---|
| Michael L. Chinitz | David A. Barry |
| Rose & Associates | John G. O'Neill |
| 29 Commonwealth Avenue | Sugarman, Rogers, Barshak & Cohen, P.C. |
| Boston, MA 02216 | 101 Merrimac Street |
| | Boston, MA 02114-4737 |

an answer to the third-party complaint which is herewith served upon you within __20__ days after the service of this summons upon you exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the third-party complaint. There is also served upon you herewith a copy of the complaint of the plaintiff. You have the option of answering or not answering the plaintiff's complaint, *unless* (1) this is a case within Rule 9(h) Federal Rules of Civil Procedure, *and* (2) the third-party plaintiff is demanding judgment against *you* in favor of the original plaintiff under the circumstances described in Rule 14(c) Federal Rules of Civil Procedure, in which situation you are required to make your defenses, if any, to the claim of plaintiff as well as to the claim of the third-party plaintiff.

**TONY ANASTAS**                                              1/27/04

_____        _____
CLERK                                                              DATE

_____
(BY) DEPUTY CLERK

AO 441 (Rev. 5/85)   Third Party Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE<br>February 9, 2004 |
| NAME OF SERVER<br>John G. O'Neill, Esquire | TITLE<br>Counsel for Third-Party Plaintiff |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant.  Place where served: _____

_____

☐ Left copies thereof at the third-party defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

☒ Other (specify): _____

_____

**Service Accepted**

**By:** _____

**James D. Johnson, Esquire, Authorized Agent**

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on __2/9/04__
           *Date*

_____  John G. O'Neill, Esquire
*Signature of Server*      Counsel for Third-Party Plaintiff

Sugarman, Rogers, Barshak & Cohen, P.C.
*Address of Server*
101 Merrimac Street
Boston, MA 02114-4737

_____

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.