UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

```
_____
PRO CON, INCORPORATED,        )
                              )
            Plaintiff,        )
                              )
v.                            )   C.A. No. 03-40284-NMG
                              )
GENERAL ELECTRIC COMPANY,     )
                              )
            Defendant.        )
_____)
```

**NOTICE OF WITHDRAWAL OF APPEARANCE**

Please notice our withdrawal of appearance as counsel for the plaintiff Pro Con, Incorporated in the above-captioned action. Accompanying this notice is a notice of appearance of successor counsel.

_____
Michael L. Chinitz (BBO #552915)
Michael J. Mott (BBO #643366)
ROSE & ASSOCIATES
29 Commonwealth Avenue
Boston, MA  02116
Tel: 617-536-0040
Fax: 617-536-4400

Dated: February 9, 2004