UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PRO CON, INCORPORATED ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 03-40284-NMG |
| ) | |
| GENERAL ELECTRIC COMPANY, ) | |
| ) | |
| Defendant. ) | |

## APPEARANCE

I appear on behalf plaintiff Pro Con, Incorporated in the above-captioned matter.

James E. Harvey, Jr., Esq./BBO #224920
O'Malley and Harvey, LLP
Two Oliver Street, Ninth Floor
Boston, MA  02108-4908
TEL: (617) 357-5544
FAX: (617) 204-3477

### CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon each party appearing pro se and the attorney of record for each other party by mail on the date shown below.

Date: 2/13/04