UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PRO CON, INCORPORATED,<br>                        Plaintiff<br><br>v.<br><br>GENERAL ELECTRIC COMPANY,<br>                        Defendant/Third-<br>                        Party Plaintiff,<br><br>v.<br><br>BOOTZ, INC.,<br>                        Third-Party<br>                        Defendant | CIVIL ACTION NO. 03-40284-DMS |

### JOINT MOTION TO CONTINUE SCHEDULING CONFERENCE AND EXTEND RELATED FILING DEADLINES

The parties to this action jointly move that the Court continue the scheduling conference, which is scheduled for August 27, 2004, and extend all related filing deadlines for one month. As grounds for their motion, the parties state that they anticipate that they will be dismissing this action, or requesting that it be remanded to Worcester Superior Court for consolidation with a related action.

WHEREFORE, the parties jointly request that the Court continue the scheduling conference and extend all related filing deadlines for one month.



Respectfully submitted,
GENERAL ELECTRIC COMPANY
By its Attorneys,

_____
David A. Barry – BBO No. 031520
John G. O'Neill – BBO No. 630272
Sugarman, Rogers, Barshak & Cohen, P.C.
101 Merrimac Street
Boston, MA 02114-4737
(617) 227-3030

Respectfully submitted,
PRO CON, INCORPORATED
By its Attorney,

_____
James E. Harvey, Jr., Esquire       by ____
O'Malley and Harvey, LLP
Two Oliver Street
Boston, MA 02109

Respectfully submitted,
BOOTZ, INC.
By its Attorney,

_____
John J. Jarosak, Esquire             by ____
Litchfield Cavo
6 Kimball Lane, Suite 110
Lynnfield, MA 01940

Dated: August 20, 2004

2