UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PRO CON, INCORPORATED,<br>      Plaintiff<br><br>v.<br><br>GENERAL ELECTRIC COMPANY,<br>      Defendant/Third-<br>      Party Plaintiff,<br><br>v.<br><br>BOOTZ, INC.,<br>      Third-Party<br>      Defendant | CIVIL ACTION NO. 03-40284-DMS |

## **JOINT MOTION TO REMAND**

  This is a claim in which the plaintiff, Pro Con Incorporated ("Pro Con"), seeks recovery against the defendant, General Electric Company ("GE"), for alleged defects in certain packaged thermal air conditioning ("PTAC") units sold by GE that were installed in the Courtyard by Marriott hotel in Westborough, Massachusetts (the "Project"). Pro Con served as the general contractor for the Project, and alleges that the sleeve portion of the PTAC units (the "Sleeves") were defective and caused water infiltration at the Project. GE denies that the PTAC units were defective, and has asserted a third-party claim seeking indemnity and/or contribution from the manufacturer of the Sleeves, Bootz, Inc.

  The parties now jointly move that the Court remand this case to Worcester Superior Court for consolidation with a related action involving the Project to which they are all now parties. In support of their motion, the parties state that litigating the same issues in two separate

forums would result in a waste of judicial resources, and would create the possibility of inconsistent adjudications. The parties request that the Court remand the case in order to preserve the original filing date and to avoid any potential issues with the statute of repose or the statute of limitations. Upon remand, the parties intend to seek consolidation with the pending state court action.

WHEREFORE, the parties jointly request that the Court remand this case to Worcester Superior Court.

Respectfully submitted,
GENERAL ELECTRIC COMPANY
By its Attorneys,


___/ s / John G. O'Neill_____
David A. Barry – BBO No. 031520
John G. O'Neill – BBO No. 630272
Sugarman, Rogers, Barshak & Cohen, P.C.
101 Merrimac Street
Boston, MA 02114-4737
(617) 227-3030

Respectfully submitted,
PRO CON, INCORPORATED
By its Attorney,


__/ s / James E. Harvey, Jr._____
James E. Harvey, Jr., Esquire
O'Malley and Harvey, LLP
Two Oliver Street
Boston, MA 02109

2

                                        Respectfully submitted,
                                        BOOTZ, INC.
                                        By its Attorney,


                                        _/ s / John J. Jarosak_____
                                        John J. Jarosak, Esquire
                                        Litchfield Cavo
                                        6 Kimball Lane, Suite 110
                                        Lynnfield, MA 01940

Dated:  September 8, 2004