UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Pro Con, Incorporated,
    Plaintiff,

V.

CIVIL ACTION
NO. 03-40284-FDS

General Electric Company,
    Defendant/Third Party
    Plaintiff,

V.

Bootz, Inc.,
    Third party defendant,

**SAYLOR, D.J.**

**ORDER FOR REMAND**

In accordance with the Court's allowance of the parties joint Motion to remand issued on 9/16/04 it is hereby ORDERED that the above-entitled action be and hereby is REMANDED to Worcester Superior Court for further proceedings.

By the Court,

DATED: September 17, 2004

/s/ Martin Castles
Deputy Clerk