OFFICE OF THE CLERK
## UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
595 MAIN STREET
### WORCESTER, MASSACHUSETTS  01608

**TONY ANASTAS**
**CLERK**

508-929-9901

Worcester Superior Court
2 Main Street
Worcester, MA    01608                    03-2064A

    Attn:   Clerk

    Re:    <u>Pro-Con   v.   General Electric, 03-40284</u>

Dear Sir:

    Please be advised that an order to remand in the above-entitled action to your court was entered on <u>9/17/04</u> by the Honorable F. Dennis Saylor IV.

    The following documents are included in our file:

1-14

Kindly acknowledge receipt of same.

                      Respectfully,

                      TONY ANASTAS
                      Clerk

                      By:

                      Deputy Clerk

    The documents listed above were received by me on _____
_____ 9/20/04 _____ and assigned the following case number ___

                    By: _Denise D. Foley_
                    ~~Deputy Clerk~~ Asst Clerk

CERTIFIED MAIL-RETURN RECEIPT REQUESTED

## RECEIVED
SEP 2 0 2004
CLERK OF COURTS
WORCESTER COUNTY